IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVON IT, INC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>IBM CORP., et al.,<br><br>                Defendants. | CIVIL ACTION<br><br>NO. 10-2899 |

**ORDER**

**AND NOW**, this 20th day of December 2013, upon consideration of the Mitts Firm's Motion for a Stay of this Court's November 21, 2013 Opinion and Order and for Relief Pursuant to Federal Rules of Civil Procedure 52, 59 and 60 (Doc. No. 314), Devon's Response in Opposition (Doc. No. 316), and the Mitts Firm's Reply (Doc. No. 318), it is **ORDERED** that the Mitt's Firm's Motion for a Stay of this Court's November 21, 2013 Opinion and Order and for Relief Pursuant to Federal Rules of Civil Procedures 52, 59 and 60 (Doc. No. 314) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.